

# THE THIRTEENTH COURT OF APPEALS

---

## 13-23-00297-CV

---

MPII, INC. d/b/a Mission Park Funeral Chapels and Cemeteries
v.
Mary Lou Hidalgo, Rosemary Jimenez, Genaro Salinas, Jr., Gerardo Salinas, and
George Salinas

---

On Appeal from the
224th District Court of Bexar County, Texas
Trial Court Cause No. 2021-CI-01445

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

March 21, 2024